DEC 19 2024 PM5:13
FILED-USDC-CT-NEW HAVEN

# U.S. District Court

## District of Connecticut

..................................................................................................................................

Pradeep Gupte                                                           24-cv-835(JAM)

V-

Albertus Magnus College                                                 12/17/2024

..................................................................................................................................

**Plaintiff is a prose litigant.**

I am attaching one Exhibit. It is the document I sent to CHRO.

Very truly yours,

*[signature]*

Pradeep Gupte

PLAINTIFF

**CERTIFICATION:**

I hereby certify that I have sent one copy of this document to the defendant, Lori Alexander, Littler-Mendelson, in New Haven, CT electronically.

*[signature]*

Pradeep Gupte

PLAINTIFF

# <u>COMMISSION ON HUMAN RIGHTS and OPPORTUNITIES</u>

## <u>STATE OF CONNECTICUT</u>

..........................................................................................................................................................

Pradeep Gupte        :                                              CHRO# 2430143

V-                         :                                              EEOC # 16A-2024-00056

Albertus Magnus College:                                        December 7, 2023

..........................................................................................................................................................

1) Complainant is a prose litigant. **I submit my Rebuttal.**

2) *Harris V Mills (2nd Circuit):* A court must accept as true all the allegations contained in the complaint.

3) *Ashcroft v Iqbal (556 US 662;* **Supreme Court):** To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim of relief that is plausible on its face.

4) *Twombly V Bell Atlantic (550 U.S. 544);* **Supreme Court;** Primary Holding.

5) **#14 of page 14:** physical disability; When I went for an interview during 1999, I was having a cane with me which shows that I am a disabled person. I also remember I was interviewed by couple of nuns. I am still disabled and my medicare card is enclosed **(exhibit-C)**. Respondent is not telling the truth. I am disabled since 1997.

6) I am the only similarly situated person who is of my race (Asian Indian).

7) I am the only similarly situated person who is of my religion (Hindu).

8) I am the only similarly situated person who is of my color (Brown).

9) I am the only similarly situated person who is of my national origin (India).

10) I am the only similarly situated person who is of my disability (Bipolar disorder and Physical disability).

11) Respondent should provide race/religion/color/national origin and etc of the person who was hired or not hired for this position **(exhibit-B; 11, (f))**

19) If Respondent hired me **during 1999;** it is obvious they knew my **credentials.** If I was qualified then, it is also obvious I was **more qualified** in **2019**. All their statements are absurd and defy logic.

20) Please look at **exhibit-C:** Albertus Magnus College is a Catholic college (copy attached).

# exhibit-A



huffitt, Sharon <sshuffitt@albertus.edu> Tue, Apr 23, 2019, 3:25 PM

philipgupte21

ear Pradeep:

ur office received your resume.  Thank you so much for your interest in teaching courses at Albertus Magnus College! Your resume has been forwarded appropriately. Upor
your interest!

well and best regards,

aron

---

aron E. Shuffitt
rector of Academic Services
bertus Magnus College
vision of Professional and Graduate Studies
0 Prospect Street
w Haven, CT 06511
3-672-6762

*Handwritten annotation pointing to "Your resume has been forwarded appropriately":* "This means they forwarded my resume to Science Dept or Dept of Chemistry/Biology. This also means they understand that I am a Professor of Chemistry (please look at previous page → "Conclusion")"

# exhibit-B



**WIKIPEDIA**
The Free Encyclopedia

# Albertus Magnus College

Coordinates: 41.332418°N 72.923909°W

**Albertus Magnus College** is a private Roman Catholic university in New Haven, Connecticut. It was founded in 1925 by the Dominican Sisters of St. Mary of the Springs (now Dominican Sisters of Peace). Its campus is in the Prospect Hill neighborhood of New Haven, near the border with Hamden.

## History

Albertus Magnus College was founded in 1925 by the Dominican Sisters of St. Mary of the Springs. The dedication speaker was James Rowland Angell, the president of nearby Yale University. All classes and offices were first housed in Rosary Hall, a Palladian-style mansion that has since been converted for use as the institution's main library. The college's first chaplain, Rev. Artur Chandler, stated that the college's initial goal was to educate women "to become thinkers and leaders and the noble among the ladyhood of the future."[1]

By 1940 the campus had expanded to its current 50 acre size and absorbed a variety of surrounding gilded-era mansions for use as dormitories and office space. The school became known for its strict liberal arts curriculum that required four years of Latin or Greek study.

Originally a women's college, the institution became coeducational in 1985 to some controversy, led by its longtime president Julia M. McNamara.[1] Albertus Magnus College was the last Connecticut college to go co-ed. The 1980s also brought a series of construction projects to the campus, including new classroom space and a new athletic center. The first graduate program, a Master of Arts in Liberal Studies, was offered in 1992.

## Organization

Albertus Magnus is presided over by a board of trustees. A 1968 reorganization of this leadership opened 80% of spots to secular personnel while continuing to reserve 20% for members of the Dominican Sisters of Peace.

## Academics

In addition to undergraduate majors, minors and concentrations, including pre-professional preparation, there are graduate programs in art therapy, mental health counseling, addiction counseling, leadership, liberal studies, fine arts in creative writing, human services, business administration, education, and management and organizational leadership.

As of 2022, the university has a 100% acceptance rate with a student body that is 15% male and 85% female.[2]

*Imp → 85% female (sex is an issue — Title VII)*

## Campus



**MEDICARE HEALTH INSURANCE**

Name/Nombre

**PRADEEP B GUPTE**

Medicare Number/Número de Medicare
**8ND4-R39-WT85**

Entitled to/Con derecho a    Coverage starts/Cobertura empieza
**HOSPITAL (PART A)**    **11-01-1999**
**MEDICAL (PART B)**    **07-01-2006**