

# US District Court

# District of Connecticut

..................................................................................................................................

Pradeep Gupte                                                                    #3:24-cv-835

v-

Albertus Magnus College                                                   Feb 19, 2025

..................................................................................................................................

Prose Plaintiff respectfully requests leave of the court to file this motion. The deadline for defendant to file response was Feb 18, 2025. **Today is February 19, 2025.** Defendant is guilty by default judgment. I request your Honor to make final decision. Thank you for your consideration.

Very truly yours,

Pradeep Gupte

**PLAINTIFF**

**CERTIFICATION:**

I hereby certify that I have sent one copy of this document to the defendant, Lori Alexander, at Littler-Mendelson, in New Haven, CT by USPS.

Very truly yours,

Pradeep Gupte

**KeyBank**

HEBRON BRANCH
P. O. Box 339
Hebron, CT 06248

HARTFORD CT 060

19 FEB 2025 PM 1  L

Office of the Clerk
US District Court
141 Church St
New Haven, CT 06510

06510-207899