FEB 26 2025 PM 1:52
FILED-USDC-CT-NEW HAVEN

# US DISTRICT COURT

## District of Connecticut

...........................................................................................................................................

Pradeep Gupte                                                              3:24-CV- 00835

V-

Albertus Magnus College                                                    2/24/2025

...........................................................................................................................................

Plaintiff is a *prose* litigant. I respectfully request leave of the court to file this motion.

**Today is Feb 24, 2025.** Defendant's answer was due on Feb 18, 2025. I still did not receive any answer from the defendant. Defendant is guilty by **default judgment.**

Very truly yours,

*[signature]*

Pradeep Gupte

**PLAINTIFF**

**CERTIFICATE OF SERVICE:**

I hereby certify that I have sent one copy of this document to the defendant, Lori Alexander, at Littler Mendelson, in New Haven, CT 06510.

Very truly yours,

*[signature]*

Pradeep Gupte

**PLAINTIFF**

PB gupte
299 Rt 87
Columbia
CT 06237

HARTFORD CT 060
24 FEB 2025 PM 2 L

office of the Clerk
US District Court
141 Church St
New Haven CT 06510

06510-207899