FEB 28 2025 PM 2:13
FILED-USDC-CT-NEW.HAVEN

# US DISTRICT COURT

## District of Connecticut

..............................................................................................................................................................................

Pradeep Gupte                                                    3:24-cv-00835(VAB)

V-

Albertus Magnus College                                          2/20/2025

..............................................................................................................................................................................

*Plaintiff* is a *prose* litigant. I respectfully request leave of the court to file this motion.  Please review both **exhibit-A** and **exhibit-B**.

Please look at the **highlighted** parts in exhibit- A.  Please look at defendant's document dated Feb 18, 2025. Pursuant to **FRCP Rule-11,** defendant's motion is **not enforceable** because defendant's counsel **failed to sign** this document (page 2, highlighted part).  Please look at **defendant's motion, page 1.** Defendant has written **"undersigned counsel"** couple of times.

This case is now in Honorable Judge Bolden's court.  Please look at the **caption** in defendant's motion: Defendant has written ..........>" **Civil Action No: 3:24-cv-00835 (JAM)", defendant is guilty for this reason also.**

I SAY EVERYTHING UNDER OATH.

Very truly yours,

Pradeep Gupte

**PLAINTIFF**

**CERTIFICATE OF SERVICE:**

I hereby certify that I have sent one copy of this document to the defendant, Lori Alexander, at Littler Mendelson, at 265 Church St, #300 in New Haven, CT 06510.

**Pradeep Gupte**

**PLAINTIFF**

## exhibit-A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PRADEEP GUPTE,

      Plaintiff,

    v.

ALBERTUS MAGNUS COLLEGE,

      Defendant.

Civil Action No.: 3:24-cv-00835 (JAM)

February 18, 2025

*[handwritten annotation: This part is contradictory to the bottom highlighted part (Judge Victor Bolden)]*

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 7 and 81(c) and D. Conn. L. Civ. R. 7(b), Defendant Albertus Magnus College (the "College"), by its undersigned counsel, hereby respectfully moves for a 10-business-day extension of time, up to and including March 4, 2025, to file its Answer or other pleading responsive to Plaintiff Pradeep Gupte's Amended Complaint.

Good cause exists for this extension. The Court (The Honorable Jeffrey A. Meyer) allowed Plaintiff 45 days to amend his Complaint, and he filed his Amended Complaint on December 10, 2024. On January 17, 2025, this case was reassigned to this Court (The Honorable Victor Bolden). Although the College has been diligently reviewing the new allegations in the Amended Complaint, this short additional time is needed in order to complete its investigation and file its Answer or other responsive pleading. This is the first extension of time that Defendant has requested with respect to the deadline for responding to the Amended Complaint.

Undersigned counsel has inquired of *pro se* Plaintiff, Mr. Gupte, concerning his position on this motion, and he has indicated that he objects to the motion. The granting of this motion will not delay the proceedings in this case.

1

For the foregoing reasons, the College respectfully requests an extension of time through and including March 4, 2025 in order to file its Answer or other pleading responsive to Plaintiff's Amended Complaint.

THE DEFENDANT,
ALBERTUS MAGNUS COLLEGE,



By

Lori B. Alexander
Federal Bar No. CT08970
Littler Mendelson, P.C.
265 Church Street, #300
New Haven, CT 06510
Telephone: (203) 974-8701
Facsimile: (203) 974-8799
E-Mail: lalexander@littler.com

"NO signature" "This document is not VALID"

Please look at exhibit-B

please also look at FRCP-11 This is violation of Rule FRCP-11 exhibit-B

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by email and first class mail to all counsel and *pro se* parties of record on this 18th day of February, 2025 as follows:

Pradeep Gupte
299 Rt. 87, 2C
Columbia, CT 06237

/s/ Lori B. Alexander

Lori B. Alexander
Federal Bar No.: CT08970

*Signed by Counsel This part is VALID*

3

## exhibit-B



9:58

**Google**

is there a federal code for

**All**    Short videos    Images    News    Shopping

Legal requirement

Failure to include a signature could result in the document being deemed invalid or unenforceable. For example, in federal court, **Rule 11 of the Federal Rules of Civil Procedure requires that all pleadings, motions, and other papers be signed by the attorney or unrepresented party.**

https://www.typelaw.com

Why Signatures Matter in a Legal Brief - TypeLaw

About featured snippets    Feedback

People also ask

What is rule 11 in law?





document not signed

PB gupte
299 Rt 87, 2C
CoLumbia
CT 06237

HARTFORD CT 060
26 FEB 2025  PM 7  L

FOREVER

Office of the Clerk
  US District Court
141 Church St
 New Haven,   CT 06510

06510-207899